AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| Glacier Films (USA), Inc. et al <br><br> *Plaintiff(s)* <br> v. <br><br> Andrey Turchin <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:15-cv-01817-SB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ANDREY TURCHIN
14900 SE MARCI WAY
CLACKAMAS, OR 97015


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   CROWELL LAW
DREW P. TAYLOR
943 LIBERTY STREET SE
PO BOX 923
SALEM, OR 97308


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN, Clerk of Court**

Date: **03/04/2016**

By: **/s/Sutawnee Sellers, Deputy Clerk**

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of Oregon

Case Number: 3:15-CV-01817-SB

Plaintiff:
**GLACIER FILMS (USA), INC., et al**

vs.

Defendant:
**ANDREY TURCHIN**

For:
Carl Crowell
Crowell Law
943 Liberty Street SE
P.O. Box 923
Salem, OR 97308

Received by MALSTROM'S PROCESS SERVING CO. on the 7th day of March, 2016 at 3:02 pm to be served on **ANDREY TURCHIN, 14900 SE MARCI WAY, CLACKAMAS, OR 97015**.

I, Steve Black, being duly sworn, depose and say that on the **9th day of March, 2016** at **5:45 pm, I:**

**SUBSTITUTE SERVED** by delivering a true copy of the **Summons In a Civil Action; First Amended Complaint; Civil Case Assignment Order; Discovery and Pretrial Scheduling Order; Fed. R. Civ. P. 26(a)(1) Discovery Agreement; Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route; Civil Case Management Time Schedules** at **14900 SE MARCI WAY, CLACKAMAS, OR 97015** to **OLGA TURCHIN,** SPOUSE, who is a person over the age of 14 years who also resides at the dwelling house or usual place of abode of the person to be served.

**CERTIFICATION OF MAILING:** I certify that on **3/11/2016** a true copy of Summons In a Civil Action; First Amended Complaint; Civil Case Assignment Order; Discovery and Pretrial Scheduling Order; Fed. R. Civ. P. 26(a)(1) Discovery Agreement; Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route; Civil Case Management Time Schedules and this Return of Service were mailed to ANDREY TURCHIN to 14900 SE MARCI WAY, CLACKAMAS, OR 97015 by First Class Mail, postage paid.



## AFFIDAVIT OF SERVICE For 3:15-CV-01817-SB

I declare under penalty of perjury that I am a resident of the State of Oregon. I am a competent person 18 years of age or older and not a party to or attorney in this proceeding and am authorized to serve the process described herein. I certify that the person, firm, or corporation served is the identical one named in this action. I am not a party to nor an officer, director, or employee of, nor attorney for any party, corporate or otherwise.
I hereby declare that the above statement is true to the best of my knowledge and belief, and that it is made for use as evidence in court and is subject to penalty for perjury.

Subscribed and Sworn to before me on the 11th day of March, 2016 in the county of Multnomah by the affiant who is personally known to me.

NOTARY PUBLIC
of OREGON

OFFICIAL SEAL
SIMONE REBECCA M FARABEE
NOTARY PUBLIC - OREGON
COMMISSION NO. 474810
MY COMMISSION EXPIRES JANUARY 15, 2017

Steve Black
Process Server

**MALSTROM'S PROCESS SERVING CO.**
P.O. Box 2031
Salem, OR 97308-2031
(503) 585-0234

Our Job Serial Number: ONE-2016001174

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1c